# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVIVSION

BRADLEY D. TUCKER
ADC # 145354                                                              PLAINTIFF

v.                            No. 3:17-cv-295-DPM

JUSTIN KIMBLE, Lieutenant, Harrisburg
Police Department; ADRIAN TODD,
Officer, Harrisburg Police Department;
and GARY HEFNER, Chief of Police,
Harrisburg Police Department                                              DEFENDANTS

## ORDER

1. Status report, № 13, noted and appreciated.

2. Motion to compel, № 14, granted. Tucker must respond to Defendants' discovery requests — or notify the Defendants if he believes any of the requests are improper under the Rules — by 28 September 2018. If he doesn't, then Defendants may move to dismiss Tucker's complaint without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 August 2018