# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVIVSION

BRADLEY D. TUCKER
ADC # 145354                                                      PLAINTIFF

v.                          No. 3:17-cv-295-DPM

JUSTIN KIMBLE, Lieutenant, Harrisburg
Police Department; ADRIAN TODD,
Officer, Harrisburg Police Department;
and GARY HEFNER, Chief of Police,
Harrisburg Police Department                                      DEFENDANTS

## ORDER

In response to the Court's Order, № 16, Tucker now objects to Defendants' discovery requests — in their entirety — as irrelevant. № 17. The Court reminds Tucker that he must abide by the Federal Rules of Civil Procedure and this Court's Local Rules. Tucker's objection doesn't comply with Local Rule 33.1(b), a copy of which is attached. It is therefore overruled. The Court again directs Tucker to respond to Defendants' discovery requests.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 October 2018