# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVIVSION

BRADLEY D. TUCKER
ADC # 145354                                          PLAINTIFF

v.                    No. 3:17-cv-295-DPM

JUSTIN KIMBLE, Lieutenant, Harrisburg
Police Department; ADRIAN TODD
and GARY HEFNER, Officers,
Harrisburg Police Department                          DEFENDANTS

## ORDER

Motion, № 20, granted. Discovery deadline extended to 23 November 2018 and dispositive motions due by 7 December 2018. If Tucker fails to respond to Defendants' discovery requests, then the Court will entertain a motion to dismiss for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*W.P.Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 October 2018