IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRADLEY D. TUCKER
ADC # 145354                                                              PLAINTIFF

v.                          No. 3:17-cv-295-DPM

JUSTIN KIMBLE, Lieutenant, Harrisburg
Police Department; ADRIAN TODD,
Officer, Harrisburg Police Department;
and GARY HEFNER, Chief of Police,
Harrisburg Police Department                                              DEFENDANTS

ORDER

Unopposed recommendation, № 26, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, № 24, granted. Tucker's remaining claims will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). An in forma pauperis appeal from the Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 January 2019