IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRADLEY D. TUCKER
ADC # 145354                                                                PLAINTIFF

v.                           No. 3:17-cv-295-DPM

JUSTIN KIMBLE, Lieutenant, Harrisburg
Police Department; ADRIAN TODD, Officer,
Harrisburg Police Department; GARY HEFNER,
Chief of Police, Harrisburg Police Department;
RON HUNTER, Judge, Harrisburg Municipal
Court; and CHRIS CREWS, CID, Harrisburg                                     DEFENDANTS

## JUDGMENT

Tucker's claims against Judge Hunter are dismissed with prejudice. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 January 2019